**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  <br>  :  <br> Plaintiff,  :  <br>  :  <br> vs  :   1:00-CV-225 (WLS) <br>  :  <br> ALL THAT CERTAIN LOT, TRACT OR  :  <br>  PARCEL OF LAND IN LAND LOT NO.  :  <br> 137 OF THE FIRST LAND DISTRICT  :  <br> OF LEE COUNTY, GEORGIA,  :  <br> CONTAINING 10 ACRES, MORE OR  :  <br> LESS, COMMONLY KNOWN AS 843  :  <br> MIDDLE ROAD, LEESBURG, GEORGIA,  :  <br> WITH ALL APPURTENANCES AND  :  <br> IMPROVEMENTS THEREON.  :  <br>  :  <br> Defendant.  :  <br> _____ | |

**O R D E R**

On January 14, 2004, the Court treated *pro se* Claimant's belated response to its order granting summary judgment, as a motion for reconsideration, and provided Claimant with additional time to respond to said motion. (Tab 32). On February 5, 2004, Claimant filed a response to the motion claiming that he had been promised by someone that in exchange for a guilty plea to state drug charges the federal forfeiture complaint would be dismissed. (Tab 33). The Government has filed a reply. (Tab 34). It is clear that Claimant has provided no admissible evidence of a valid promise to dismiss the forfeiture action in return for his plea of guilty to state drug charges. Therefore, Claimant's motion for reconsideration (Letter, Tab 33) is **DENIED.** The previous stay of the execution of the judgment in this case (Tab 31) is **LIFTED** and JUDGMENT is ENTERED in favor of the Government.

SO ORDERED, this   2nd   day of November, 2005.

  /s/W. Louis Sands  
**Hon. W. Louis Sands, Chief Judge
United States District Court**